Submitted on record and briefs February 14, affirmed June 26, 1996

## STATE OF OREGON,
*Respondent,*

*v.*

## ROBERT DALE ALEXANDER,
*Appellant.*

(C931707CR; CA A84776)

918 P2d 867

Garrett A. Richardson filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Timothy A. Sylwester, Assistant Attorney General, filed the brief for respondent.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

Affirmed. *State v. Upton,* 132 Or App 579, 889 P2d 376, *rev den* 320 Or 749 (1995).